UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**KENNETH MITCHELL #120166**          **CASE NO.  3:24-CV-01531 SEC P**

**VERSUS**                                             **JUDGE DOUGHTY**

**TIM HOOPER**                                     **MAG. JUDGE MCCLUSKY**

### JUDGMENT

Before the Court is an Objection (R. Doc. 9) to the Magistrate Judge's Report and Recommendation (R. Doc. 7) that we previously adopted in this case (R. Doc. 8), filed by the plaintiff, Kenneth Mitchell ("Mitchell").  Accordingly,

**IT IS ORDERED** that the Judgment (R. Doc. 8) previously adopted by this Court is hereby **VACATED**.

Having reconsidered the Report and Recommendations of the Magistrate Judge (R. Doc. 7), together with Mitchell's objections (R. Doc. 9) and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Mitchell's claims are hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**MONROE, LOUISIANA**, this 29th day of January, 2025.

_____
Terry A. Doughty
United States District Judge